

FILED
June 29, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002742157

2 pages

LAW OFFICE OF DENNIS K. COWAN
Dennis K. Cowan, Esq. - CA Bar No. 036325
David Brady, Esq. - CA Bar No. 70246
280 Hemsted Drive, Ste. B
P.O. Box 992090
Redding  CA  96099
Telephone:  (530) 221-7300
Fax: (530) 221-7389
Email: office@dcowanlaw.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 10-30328-C-7 |
| VICKI JANL PELLETIER | DCN: DKC-1 |
| Debtor | Date: August 3, 2010<br>Time: 9:30 a.m.<br>Judge: Christopher M. Klein<br>Dept.: C, Ctrm 35<br>  501 I St., 6th. Floor<br>  Sacramento, CA |
| _____/ | MOTION TO COMPEL TRUSTEE TO ABANDON BUSINESS |

     VICKI JANL PELLETIER, debtor herein, moves this court for an order compelling the Trustee, Linda Schuette, to abandon the business operated by the debtor, known as Headlines Day Spa, located at 1416 Yuba St., Redding, CA.  The business is the debtor's sole source of income and all of the business assets are exempt **(see exhibit A)**.  The exempted assets of the business are as follows: 3 tanning beds ($600), 1 standing tanning bed ($500), 4 styling chairs ($800), 3 dryers ($100), 3 dryer chairs ($100), 1 washing machine ($100), 1 dryer ($100), 2 chairs ($50), 3 storage containers ($100), 1 fax machine ($25), 1 bookcase ($50), 3 display cabinets ($150), 2 shampoo sinks ($50), 2 shampoo chairs ($50), hair color ($250), permanent products ($50), retail products

($700), gift ware ($500) **(see exhibit B)**. It is of no actual value for the bankruptcy estate, but is burdensome to the trustee and the estate, in that the sole source of income from it is from the debtor's personal efforts and a small varying amount from rental of booths to other beauticians. The Trustee has informed the debtor and his counsel that the business has no value to the estate and is a liability to her and the estate. There is no goodwill or other value in either business that could be sold by anyone, including the debtor and the Trustee.

       The debtor, Vicki Janle Pelletier. therefore, requests that the Trustee be directed to abandon the business known as, Headlines Day Spa, and for such other relief as may be appropriate.

Dated: 6/29/10

_____
Dennis K. Cowan, attorney for debtor